UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER MONGE,

Plaintiff,

-v-

FIESTA LOUNGE AND RESTAURANT CORP. and ROCCO A. SIGNORE LLC,

Defendants.

26 Civ. 3679 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On July 22, 2026, this Court ordered Plaintiff to file a status letter by July 29, 2026 "describing (1) whether service of the summons and Complaint has been made on Defendants, and if not, (2) why good cause exists to excuse Plaintiff's failure to serve Defendants within the 90-day deadline set by Rule 4(m)." Dkt. 11 at 1. The Court warned that "[i]f no such letter is filed, the Court may dismiss the case for failure to prosecute." *Id.* at 2. Plaintiff failed to file the required letter by July 29, 2026, and is thus ordered to show cause why this case should not be dismissed for failure to prosecute by August 6, 2026. *See* Fed R. Civ. P. 41(b) (authorizing a court to dismiss an action for failure to prosecute or comply with an order of the Court); *see LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute . . . .").

If Plaintiff fails to show cause why this action should not be dismissed by that date, the Court may dismiss the action for failure to prosecute without further notice.

SO ORDERED.

Dated: July 30, 2026
New York, New York

JOHN P. CRONAN
United States District Judge