UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

JAVIER MONGE,

Plaintiff,

-v-

FIESTA LOUNGE AND RESTAURANT CORP. and ROCCO A. SIGNORE LLC,

Defendants.

---------------------------------------------------------------------X

26 Civ. 3679 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On September 1, 2026, the Court ordered Plaintiff to submit a letter regarding the status of service on Defendants. *See* Dkt. 16. That letter was due by September 8, 2026. Plaintiff failed to submit it. *Accord Monge v. Boca Rest. & Steakhouse Corp.*, No. 26 Civ. 3699 (JPC) (S.D.N.Y.), Dkt. 26.

By 5:00 p.m. on September 24, 2026, Plaintiff must file on ECF the status update described in the Order at Docket Number 16. The Court advises Plaintiff that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: September 22, 2026
New York, New York

JOHN P. CRONAN
United States District Judge