UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER MONGE,

Plaintiff,

-v-

FIESTA LOUNGE AND RESTAURANT CORP. and ROCCO A. SIGNORE LLC,

Defendants.

26 Civ. 3679 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

Defendants Fiesta Lounge and Restaurant Corp. and Rocco A. Signore LLC were served with a Summons and the Complaint on September 25, 2026, making their deadlines to respond October 16, 2026. *See* Dkts. 24-25. That date has passed, and the docket does not reflect responses to the Complaint from Defendants. Accordingly, the Court *sua sponte* extends Defendants' deadlines to respond to the Complaint to November 24, 2026. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default by December 1, 2026.

No later than November 20, 2026, Plaintiff must serve copies of this Order on (i) Defendant Fiesta Lounge and Restaurant Corp. by personally delivering it to, and leaving it with a person of suitable age and discretion at, the address associated with Fiesta Lounge and Restaurant Corp. on the New York Secretary of State's website—4640 3rd Avenue, Bronx, NY 10458—as well as any other addresses associated with Fiesta Lounge and Restaurant Corp. that may be known to Plaintiff; and (ii) Defendant Rocco A. Signore LLC by personally delivering it to, and leaving it with a person of suitable age and discretion at, the address associated with Rocco A. Signore LLC on the New York Secretary of State's website—160-16 25th Avenue, Whitestone, New York 11357—as well

as any other addresses associated with Rocco A. Signore LLC that may be known to Plaintiff, *see* Dkt. 1 ¶ 5. Within two days of such service, Plaintiff must file proof of service upon the docket.

SO ORDERED.

Dated: November 17, 2026
New York, New York

JOHN P. CRONAN
United States District Judge